## No. 09-8367. Marcus L. Welton, Petitioner v. United States.

559 U.S. 1034, 130 S. Ct. 2061, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2910.

March 29, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of that court's

en banc opinion in United States v. Corner, 598 F.3d 411 (2010).

Same case below, 583 F.3d 494.